UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA TRAINER,

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

Case No. C18-00572 RSM

ORDER DENYING PROPOSED PROTECTIVE ORDER

THIS MATTER comes before the Court on the parties' Proposed Stipulated Protective Order. Dkt. #11. The Court has reviewed the proposed order and now DECLINES to enter it, as the parties have failed to comply with the Court's Local Civil Rules in several respects.

As an initial matter, the parties have failed to provide a redline version of the proposed order. LCR 26(c)(2) ("Parties that wish to depart from the model order must provide the court with a redlined version identifying departures from the model."). Further, as drafted, the proposed order appears to confer blanket protection on those disclosures or responses to discovery marked "confidential." Indeed, the proposed order removes all references to the procedures for sealing under Local Civil Rule 5(g), or any requirement to satisfy the appropriate standard for sealing records.[1] The Court will not sign such an order. *See* LCR 26(c)(2).

---

[1] Instead, the parties reference GR 11 which no longer exists. Dkt. #11 at 6, ¶ 9. The Court reminds all counsel that it expects them to be familiar with the Court's Local Civil Rules and to

ORDER
PAGE - 1

Moreover, the proposed order purports to control deadlines and motion noting dates that will be set by this Court. *See* Dkt. #11 at 6, ¶ 9 ("Any pending motion or hearing related to the filing shall be continued until after the motion to seal or redact has been decided by the Court."). The Court will not endorse an order that will make wholesale changes to pending motions on the Court's calendar.

For all of these reasons, the parties' stipulated proposed Protective Order (Dkt. #11) is DENIED. Nothing in this Order precludes the parties from submitting a new proposed Order in compliance with the Court's Local Civil Rules.

DATED this 29th day of August 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

---

follow those Rules. In addition, the parties should familiarize themselves with the Court's model Protective Order. The failure to follow the Court's Local Rules in the future could result in sanctions.

ORDER
PAGE - 2