1

2

3

4

5    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
6    AT SEATTLE

7    MELISSA TRAINER,                          Case No. 2:18-cv-00572 RSM

8                                              STIPULATED MOTION AND
                  Plaintiff                    ORDER TO CONTINUE
9                                              DISCOVERY DEADLINE

                  Vs
10
     USAA CASUALTY INSURANCE
11   COMPANY,

12
                  Defendant.
13

14

15

          COME NOW the parties, per LCR 7(d)(1), by and through their counsel of record,
16
     and submit this Stipulation to Continue the Discovery Cutoff date from October 15, 2018
17
     to November 30, 2018.  No other deadlines shall be impacted by this continuation of the
18
     discovery cut off.
19

          For good cause shown, this request to continue the discovery cutoff period by 45
20
     days is to accommodate the trial schedule of Plaintiff counsel, which includes the trial of
21
     *Sarah Johnson v. Ride the Ducks International, et al., Case No. 16-2-23107-1 SEA* and
22
     *Jennifer Emery v. Ride the Ducks International, et al. King County Superior Court Case*
23
     *No. 16-2-23106-3 SEA,* part of a group of over 44 plaintiffs consolidated into the case of
24
     *The Plaintiff Dinh Group v. Ride the Ducks International, LLC, et al, No. 15-2-28905-5*
25

26   STIPULATED MOTION AND ORDER TO CONTINUE
     DISCOVERY DEADLINE - 1
27

ADLER GIERSCH, P.S.
Attorneys at Law
333 Taylor Avenue North
Seattle, WA  98109
Tel (206) 682-0300
Fax (206) 224-0102

*SEA* , scheduled to start trial in King County Superior Court before Hon. Catherine Shaffer on October 1, 2018, and expected to run for 3 months.  While there are many plaintiffs and co-counsel, Plaintiff's counsel in this matter represents two of the plaintiffs in the Dinh Group that are scheduled to start trial on October 1, 2018 and is working to minimize the conflicting scheduling requirements and to accommodate the discovery needs in the instant matter as well.  A brief extension of 45 days will allow completion of discovery in the instant matter as well.  Defense counsel has agreed to this brief continuation of the discovery deadline.

DATED this 17th day of September, 2018

| ADLER GIERSCH | CORR CRONIN LLP |
|---|---|
| By:____ /s/ *Melissa D. Carter*<br>Melissa D. Carter, WSBA #36400<br>Adler Giersch PS<br>333 Taylor Avenue North<br>Seattle, WA  98109<br>Telephone:(206) 682-0300<br>Facsimile: (206) (206) 224-0102<br>E-mail:<br>mdcarter@adlergiersch.com<br><br>*Attorneys for Plaintiff* | By: */s/Jordann M. Hallstrom*_____<br>Blake Marks-Dias, WSBA No. 28169<br>Jordann M. Hallstrom, WSBA No. 48036<br>1001 Fourth Avenue, Suite 3900<br>Seattle, Washington  98154<br>(206) 625-8600 Phone<br>((206) 625-0900 Fax<br>bmarksdias@corrcronin.com<br>jhallstrom@corrcronin.com<br><br>*Attorneys for Defendant USAA Casualty Insurance Company* |

STIPULATED MOTION AND ORDER TO CONTINUE
DISCOVERY DEADLINE - 2

ADLER GIERSCH, P.S.
Attorneys at Law
333 Taylor Avenue North
Seattle, WA  98109
Tel (206) 682-0300
Fax (206) 224-0102

IT IS SO ORDERED that, for good cause shown, the parties may extend the discovery deadline period of November 30, 2018. All other court deadlines provided in the June 5, 2018 Order Setting Trial Date and Related Dates shall remain in effect and unchanged.


DATED: September 18, 2018


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO CONTINUE
DISCOVERY DEADLINE - 3

ADLER GIERSCH, P.S.
Attorneys at Law
333 Taylor Avenue North
Seattle, WA 98109
Tel (206) 682-0300
Fax (206) 224-0102