HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA TRAINER,<br><br>                              Plaintiff,<br><br>     v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>                              Defendant. | No. 2:18-cv-00572 RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

COMES NOW Plaintiff and Defendant, by and through their respective attorneys of record, and hereby stipulate to the dismissal of all claims between and among them in the above-titled action with prejudice and without costs or attorneys' fees awarded to any party.

STIPULATED to this 22nd day of January, 2019.

| CORR CRONIN LLP | ADLER GIERSCH PS |
|---|---|
| *s/ Blake Marks-Dias*<br>Blake Marks-Dias, WSBA No. 28169<br>1001 Fourth Avenue, Suite 3900<br>Seattle, Washington 98154-1051<br>Telephone: (206) 625-8600<br>Fax: (206) 625-0900<br>E-mail: bmarks-dias@corrcronin.com<br>*Attorneys for Defendant USAA* | *s/ Melissa D. Carter*<br>Melissa D. Carter, WSBA No. 36400<br>333 Taylor Avenue North<br>Seattle, WA 98109<br>(206) 682-0300 Phone<br>(206) 224-0102 Fax<br>mdcarter@adlergiersch.com<br>*Attorneys for Plaintiff* |

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 1
(CASE NO. 2:18-cv-00572 RSM)

# ORDER

This matter comes before the Court on the stipulation of Plaintiff and Defendant, and based on the above stipulation now, therefore, it is hereby ORDERED that all claims between and among the parties are hereby dismissed, with prejudice and without costs or attorneys' fees awarded to any party.

DATED this 23 day of January, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Fax: (206) 625-0900
E-mail: bmarks-dias@corrcronin.com
*Attorneys for Defendant USAA Casualty Insurance Company*

ADLER GIERSCH PS

*s/ Melissa D. Carter*
Melissa D. Carter, WSBA No. 36400
333 Taylor Avenue North
Seattle, WA 98109
(206) 682-0300 Phone
(206) 224-0102 Fax
mdcarter@adlergiersch.com
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
(CASE NO. 2:18-cv-00572 RSM)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900